**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JENNIE I.,

Plaintiff, 5:25-cv-1317 (BKS/MJK)

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

**Appearances:**

*For Plaintiff:*
Steven R. Dolson
The Law Offices of Steven R. Dolson PLLC
6320 Fly Road, Suite 201
East Syracuse, NY 13057

*For Defendant:*
United States Attorney
Geoffrey M. Peters, Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Commissioner of Social Security's denial of her application for disability insurance benefits. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Mitchell J. Katz for a Report-Recommendation. (Dkt. No. 7); Local Rule 72.3(e). On June 17, 2026, after reviewing the parties' briefs, (Dkt. Nos. 9, 10), and the Administrative Transcript, (Dkt. No. 8), Magistrate Judge Katz issued a Report-Recommendation recommending that Plaintiff's motion for judgment on the pleadings be denied and that the Commissioner's motion for judgment on the

pleadings be granted. (Dkt. No. 11). Magistrate Judge Katz advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 11, at 17 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72 & 6(a)). No objections were filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, it is hereby

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 11) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. 9) is **DENIED**; and it is further

**ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. 10) is **GRANTED** and the decision of the Commissioner is affirmed; and it is further

**ORDERED** that the Clerk of the Court enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: November 5, 2026
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge